| | |
|---|---|
| 1 | Philip C. Bourdette SBN 47492 |
| 2 | Miriam Bourdette   SBN 151980 |
|   | BOURDETTE & PARTNERS |
| 3 | 2924 West Main Street |
|   | Visalia, CA 93291 |
| 4 | (559) 625-8425 |
|   | Fax (559) 625-8491 |
| 5 | pcbb@bourdettelaw.com |
| 6 | mrbb@bourdettelaw.com |
|   | Attorneys for Plaintiffs |
| 7 | |
| 8 | Simona A. Farrise SBN 171708 |
|   | Leigh Kirmsse SBN 160967 |
| 9 | Farrise Firm PC |
|   | 225 South Olive St., Ste 102 |
| 10 | Los Angeles, CA 90012 |
| 11 | 310-424-3355 |
|    | FAX 510-588-4536 |
| 12 | sfarrise@farriselaw.com |
|    | LKirmsse@farriselaw.com |
| 13 | Attorneys for Plaintiffs |
| 14 | Sharon  J.Arkin SBN #154858 |
|    | The Arkin Law Firm |
| 15 | 333 South Grand Avenue, 25th Floor |
|    | Los Angeles, CA 90071 |
| 16 | (541) 469-2892 |
| 17 | FAX: 866) 571-5676 |
|    | sarkin@arkinlawfirm.com |
| 18 | Attorney for Plaintiffs |
| 19 | Pamela Yates SBN 137740 |
|    | Wendy S. Dowse SBN 261224 |
| 20 | Julie A. Belezzuoli SBN 267302 |
| 21 | KAYE SCHOLER LLP |
|    | 1999 Avenue of the Stars, Suite 1600 |
| 22 | Los Angeles, CA 90067 |
|    | (310) 788-1000 |
| 23 | FAX (310) 788-1200 |
|    | pyates@kayescholer.com |
| 24 | wdowse@kayescholer.com |
| 25 | julie.belezzuoli@kayescholer.com |
|    | Attorneys for Defendants |
| 26 | |
| 27 | |
| 28 | |

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL, | Case No.: 1:04-cv-06343-JRG-DLB |
| Plaintiff, | ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| | |
| KAY UHALT and STEPHEN UHALT, | Case No.: 1:10-cv-02404-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| | |
| DOROTHY SETSER and HOWARD SETSER, | Case No.: 1:10-cv-02405-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants | |

2
**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | | |
|---|---|---|
| 1 | CAROL HILL and LEONARD HILL ) | Case No.: 1:10-cv-02394-JRG-DLB |
| 2 | ) Plaintiffs, ) | |
| 3 | ) vs. ) | |
| 4 | WYETH LLC. et al ) | |
| 5 | ) Defendants. ) | |
| 6 | ) | |
| 7 | ) | |
| 8 | MARIANNE PHILLIPS and WILLIAM ) PHILLIPS, ) | Case No.: 1:10-cv-02395-JRG-DLB |
| 9 | ) | |
| 10 | ) Plaintiffs, ) | |
| 11 | ) vs. ) | |
| 12 | WYETH LLC, et al. ) ) | |
| 13 | ) Defendants. ) | |
| 14 | GLORIETTE MCPHERSON, ) | Case No.: 1:10-cv-02384-JRG-DLB |
| 15 | ) ) | |
| 16 | ) Plaintiff, ) | |
| 17 | ) vs. ) | |
| 18 | WYETH LLC, et al. ) | |
| 19 | ) ) | |
| 20 | Defendants. ) | |
| 21 | BETTY CRAVEN and GEORGE CRAVEN, ) ) | Case No.: 1:10-cv-02382-JRG-DLB |
| 22 | ) | |
| 23 | ) Plaintiffs, ) | |
| 24 | ) vs. ) | |
| 25 | WYETH LLC, et al. ) | |
| 26 | ) Defendants. ) | |

3
**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| SHIRLEY BOWLES and GERALD BOWLES,<br><br>      Plaintiffs,<br><br>   vs.<br><br>WYETH LLC, et al.<br><br>      Defendants. | Case No.: 1:04-cv-06346-JRG-DLB |
| DONNA HAMES and MICHAEL HAMES<br><br>      Plaintiffs,<br><br>   vs.<br><br>WYETH LLC, et al.<br><br>      Defendants. | Case No.: 1:10-cv-02392-JRG-DLB |
| VICTORIA POOLE and DELBERT POOLE<br><br>      Plaintiffs,<br><br>   vs.<br><br>WYETH LLC, et al.<br><br>      Defendants. | Case No.: 1:10-cv-02397-JRG-DLB |
| LOIS ZANYK<br><br>      Plaintiff,<br><br>   vs.<br><br>PFIZER INC., et al.<br><br>      Defendants. | Case No.: 1:10-cv-00287-JRG-DLB |

4
**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| CARLEEN WEST<br><br>            Plaintiff,<br><br>        vs.<br><br>PFIZER INC., et al.<br><br>            Defendants. | Case No.: 1:10-cv-00289-JRG-DLB |
| PAMELA TURNER<br><br>            Plaintiff,<br><br>        vs.<br><br>PFIZER INC., et al.<br><br>            Defendants. | Case No.: 1:10-cv-00288-JRG-DLB |
| LUCILLE MACIAS<br><br>            Plaintiff,<br><br>        vs.<br><br>PFIZER INC., et al.<br><br>            Defendants. | Case No.: 1:10-cv-00282-JRG-DLB |

The Court having considered the Joint Proposed Trial and Pre-Trial Schedule filed by the Parties in these actions, and finding good cause therefore;

IT IS HEREBY ORDERED as follows:

5

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

1) The following trial and pre-trial schedule is set in the matter of *Waddell v. Wyeth LLC, et al.* Per the Court's order on September 4, 2012, the matter of *Waddell v. Wyeth LLC, et al* will be the first set trial scheduled to begin on February 5, 2013.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Disclosure of Defendants' Expert Reports | November 16, 2012 |
| Defendants' Expert Discovery Deadline | November 30, 2012 |
| Dispositive/*Daubert* Motions | December 10, 2012 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | January 4, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | January 2, 2013 |
| Joint Pre-Trial Order Due | January 8, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | January 11, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | January 23, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | February 5, 2013 |
| Jury/Non-Jury | Jury |

2) The following trial and pre-trial schedule is set in the matters of *Zanyk v. Wyeth Inc., et al, West v. Pfizer Inc., et al, Turner v. Pfizer Inc., et al, and Macias v. Pfizer Inc., et al.* These cases will be the next set to proceed to trial following *Waddell v. Wyeth LLC, et al.* As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | January 4, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | January 2, 2013 |
| Joint Pre-Trial Order Due | January 8, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | January 11, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | January 23, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

3) The following trial and pre-trial schedule is set in the matters of *Uhalt v. Wyeth LLC, et al, Setser v. Wyeth LLC, et al, Phillips v. Wyeth LLC, et al, & Hill v. Wyeth LLC, et al.* These cases will the next set to proceed to trial following *Zanyk v. Wyeth Inc., et al, West v. Pfizer Inc., et al, Turner v. Pfizer Inc., et al, and Macias v. Pfizer Inc., et al.* As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Disclosure of Defendants' Expert Reports | January 28, 2013 |
| Defendants' Expert Discovery Deadline | February 18, 2013 |
| Dispositive/*Daubert* Motions | March 4, 2013 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | March 18, 2013 |
| Hearing on MILs | TBD by Court |

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| Settlement Conference Cut-Off | March 1, 2013 |
| Joint Pre-Trial Order Due | March 22, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | March 29, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | April 8, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

4) The following trial and pre-trial schedule is set in the matters of *Bowles v. Wyeth LLC, et al, Poole v. Wyeth LLC, et al, McPherson v. Wyeth LLC, et al, Hames v. Wyeth LLC, et al & Craven v. Wyeth LLC, et al.* These cases will be the next set to proceed to trial following *Uhalt v. Wyeth LLC, et al, Setser v. Wyeth LLC, et al, Phillips v. Wyeth LLC, et al, & Hill v. Wyeth LLC, et al.* As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Disclosure of Defendants' Expert Reports | March 11, 2013 |
| Defendants' Expert Discovery Deadline | April 12, 2013 |
| Dispositive/*Daubert* Motions | April 26, 2013 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | May 13, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | May 1, 2013 |
| Joint Pre-Trial Order Due | May 17, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | May 22, 2013 |

| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | June 3, 2013 |
| --- | --- |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

IT IS SO ORDERED

Dated: September 20, 2012

_____
Joseph R. Goodwin, Chief Judge

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**